IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SANNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV104 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH AMERICAN ARMS, INC., and | ) | ORDER OF DISMISSAL |
| ELDORADO CARTRIDGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

The matter before the court is the parties' joint Stipulation of Dismissal with prejudice, Filing No. 16. The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 24th day of July, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge